JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL M. DAVIS,<br><br>　　　　　　　　Petitioner,<br><br>　　　　　v.<br><br>FILIPE MARTINEZ, JR., Warden,<br><br>　　　　　　　　Respondent. | Case No. CV 19-3575-DOC (KK)<br><br><br>JUDGMENT |

Pursuant to the Order Dismissing Action for Lack of Subject Matter Jurisdiction,

IT IS HEREBY ADJUDGED that this action is DISMISSED without prejudice.

Dated: June 6, 2019

_____
HONORABLE DAVID O. CARTER
United States District Judge